FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0207

_____

HELEN WEEMS AND JANE DOE,

      Plaintiffs and Appellees,,

    v.

STATE OF MONTANA, by and through AUSTIN
KNUDSEN, in his official capacity as Attorney
General; and TRAVIS R. AHNER, in his official
capacity as County Attorney for Flathead County,

      Defendants and Appellants.

O R D E R

_____


    Upon consideration of Appellants' motion for extension of time to file their reply brief and good cause appearing,

    IT IS HEREBY ORDERED that Appellants have until October 14, 2022, to file their reply brief.

    No further extensions will be granted.


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2022